DAVIS v. N.C. DEPT. OF HUMAN RESOURCES

No. 314A97

Case below: 126 N.C.App. 383

Petition by petitioner (Haywood Davis) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals is deemed a petition for writ of certiorari and is allowed 4 September 1997. Motion by respondant (NCDHR) to dismiss petitioner's petition for discretionary review as to additional issues denied 4 September 1997.

IN RE AERIAL DEVICES, INC.

No. 324P97

Case below: 126 N.C.App. 709

Petition by appellant (Aerial Devices, Inc.) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

IN RE APPLICATION BY C & P ENTERPRISES, INC.

No. 347P97

Case below: 126 N.C.App. 495

Petition by petitioner (C&P Enterprises) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

IN RE DOE

No. 306P97

Case below: 126 N.C.App. 401

Petition by petitioner (Jane Doe) for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.